**UNITED STATES of America,
Plaintiff–Appellee,**

v.

**Kenny William RAMIREZ–JUAREZ,
a.k.a. Jose Oscar Barrera, a.k.a. Alvaro
Antonio Ramirez Juarez, Defendant–Appellant.**

No. 11–50184.

United States Court of Appeals,
Ninth Circuit.

Submitted June 26, 2012.*

Filed July 2, 2012.

Curtis Arthur Kin, Esquire, Assistant U.S., Joshua Robbins, Assistant U.S., Office of the U.S. Attorney, Los Angeles, CA, for Plaintiff–Appellee.

Rebecca Putnam Jones, Rebecca P. Jones, Attorney at Law PC, San Diego, CA, for Defendant–Appellant.

Before: SCHROEDER, HAWKINS, and GOULD, Circuit Judges.

MEMORANDUM **

Kenny William Ramirez–Juarez appeals from the 24–month sentence imposed following his guilty-plea conviction for conspiracy to harbor and conceal illegal aliens,

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

in violation of 8 U.S.C. § 1324(a)(1)(A)(v)(I). We dismiss.

Ramirez–Juarez contends that the district court violated his due process rights by imposing, based on uncorroborated and unreliable information, a two-level enhancement under U.S.S.G. § 2L1.1(b)(4) for smuggling or harboring an unaccompanied minor. We are precluded from reaching the merits of Ramirez–Juarez's claim by a valid appeal waiver. *See United States v. Nunez*, 223 F.3d 956, 958–59 (9th Cir.2000).

**DISMISSED.**